

ANITA B. CARR
11801 BLOOMINGTON WAY
DUBLIN, CA 94568
925-353-2787

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| In re:<br>ANITA B CARR, in pro per<br><br>Debtor, | ) CHAPTER 13<br>)<br>)<br>)<br>) CASE NO. 15-42212 WJL 13<br>)<br>)<br>)<br>) DEBTOR'S APPLICATION FOR PACER FEE<br>) WAIVER AND FOR COURTCALL FEE<br>) WAIVER IN ORDER TO APPEAR<br>) TELPHONICALLY FOR HEARINGS<br>)<br>) DEBTOR'S APPLICATION FOR FEE<br>) WAIVER FOR COURT COSTS<br>) |

ANITA B. CARR, in Pro Per, (hereinafter "Carr" or "Debtor"), files this APPLICATION for PACER fee waiver backdating to the filing of this bankruptcy on July 15, 2015 and for a Courtcall fee waiver for court telephonic appearance(s) and for Bankruptcy Court filings fee waiver for future filings in this matter.

Debtor has appeared as a Creditor in the Delaware bankruptcy of a loan originator and was granted PACER fee waiver, COURTCALL fee waiver and granted IN FORMA PAUPERIS, as recent as 2010. Debtor's financial status has not improved since then.

DATED: September 16, 2015

_____
Debtor Anita Carr in Pro Per

APPLICATION FOR FEE WAIVERS

1

# EXHIBIT

# Order from Delaware Bkr Court where this Debtor appeared as a Creditor

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | CHAPTER 11 |
| | : | (Jointly Administered) |
| NEW CENTURY TRS HOLDINGS, INC,: | | |
| *et al.* | : | Case No. 07-10416 (KJC) |
| Debtors | : | |
| | : | |
| ANITA B. CARR, | : | Adv. Pro. No.09-52251(KJC) |
| Plaintiff, | : | |
| v. | : | |
| NEW CENTURY TRS HOLDINGS, INC,: | | |
| *et al.* | : | Re: docket nos. 9 and 15 |
| Defendants | : | |

## ORDER

AND NOW, this 5th day of April, 2010, it appearing that the following matters are before

the court:

(1) Plaintiff's Motion For Authorization To File Electronically (docket no. 9),

(2) Plaintiff's request to appear telephonically, waiving the CourtCall fees,

(3) Plaintiff's request to proceed In Forma Pauperis,

(4) Plaintiff's request for permission to review the dockets of the New Century TRS Holdings, Inc. bankruptcy case and this adversary proceeding via PACER and to have all PACER fees waived, and

(5) Plaintiff's request to limit notice of her briefs, motions, pleadings, and other documents filed in this adversary proceeding,

and after a hearing on notice held on January 6 and 20, 2010, and for the reasons stated on the record, it is hereby ORDERED and DECREED that:

1. The Motion to allow *pro se* Plaintiff to e-file is DENIED;

2. The Plaintiff's request to appear telephonically is GRANTED, in part, in that the plaintiff is directed to follow the instructions on the Delaware Bankruptcy Court website (www.deb.uscourts.gov) to appear by telephone on ***non-evidentiary*** matters; and

3. The Application to proceed In Forma Pauperis is GRANTED, so that, beginning January 6, 2010 and continuing thereafter:

    (i) the Plaintiff is not required to pay any further bankruptcy court fees in relation to this adversary proceeding;

    (ii) the Plaintiff will not be charged CourtCall fees for appearing telephonically;

    (iii) the Plaintiff will not be charged PACER fees for reviewing the dockets and associated documents for the main bankruptcy case of New Century TRS Holdings, Inc. or this adversary proceeding;

    (iv) the Plaintiff's is required to provide limited notice of her briefs, motions, pleadings, and other documents filed in this adversary proceeding to:

    Elizabeth A. Sloan, Esquire
    David W. Carickhoff, Esquire
    Blank Rome LLP
    Suite 880
    1201 Market Street
    Wilmington, DE 19801

BY THE COURT:

_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

cc: Elizabeth Sloan, Esquire[1]

---

[1]Counsel shall serve a copy of this Order upon all interested parties and file a Certificate of Service with the Court.

*
*
*
* pro Se
*

{Attorney for Debtor}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: Anita B. Carr

Chapter 13
Case No. 15-42212 WJL 13

CERTIFICATE OF SERVICE

Debtor(s) _____/

On 9/16/2015, I served the within _____ Debtor's Application For Fee Waiver [document] by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Dublin [city], California, to all parties entitled to receive regularly mailed notices, addressed as follows:

Martha Bronitsky
Chpt 13 trustee

If the Chapter 13 Trustee is otherwise entitled to notice, she will receive such notice upon the electronic filing of the above-named document.

I declare, under penalty of perjury, that the foregoing is true and correct. Executed on 9/16/2015 at Dublin [city], California.

Dated: 9/16/2015

_____
Anita B. Carr

Case: 15-42212    Doc# 32    Filed: 09/16/15    Entered: 09/16/15 16:17:32    Page 6 of 6