Brandye Foreman, #277110
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive Second Floor
Irvine, California 92612
(949) 252-9400 Phone
(949) 252-1032 Fax

Attorneys for JPMorgan Chase Bank, N.A.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re:

Anita B. Carr,

    Debtor.

Bankruptcy Case No. 15-42212

Chapter 13

**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

CONFIRMATION HEARING:
DATE: November 12, 2015
TIME: 1:30 PM
CRTRM: 220

**TO THE HONORABLE WILLIAM J. LAFFERTY, UNITED STATES BANKRUPTCY COURT JUDGE, THE CHAPTER 13 TRUSTEE, AND THE DEBTOR:**

  JPMorgan Chase Bank, N.A., as servicer for U.S. Bank National Association, as Trustee for J.P. Morgan Mortgage Acquisition Trust 2006-NC1, Asset Backed Pass-Through Certificates, Series 2006-NC1 ("JPMorgan") is the holder of a secured claim recorded against property in which the Debtors claim an interest. JPMorgan is, therefore, a party in interest and has standing to object to the Debtors' Chapter 13 Plan.

  JPMorgan is the holder of a claim secured only by a security interest in real property commonly known as 11801 Bloomington Way, Dublin, CA 94568, which is the Debtors' principal residence. The total amount due and owing under the Promissory Note is approximately $1,529,384.45 and the pre-petition arrearage amount owed is approximately $769,114.27. Section 1322(b)(2) of the U.S. Bankruptcy Code provides, in relevant part, as follows:

  (b) Subject to subsections (a) and (c) of this section, the plan may--

OBJECTION TO PLAN      -1-      LF/B34616

. . .

> (2) modify the rights of holders of secured claims, other than a claim secured only by a security interest in real property that is the Debtor's principal residence
>
> . . .
>
> (5) notwithstanding paragraph (2) of this subsection, provide for the curing of any default within a reasonable time and maintenance of payments while the case is pending on any unsecured claim or secured claim on which the last payment is due after the date on which the final payment under the plan is due; . . .

The Debtor's Plan does not provide for repayment of the pre-petition arrearages owed to JPMorgan. Moreover, the Debtor's Plan also fails to provide that post-petition monthly mortgage payments are to be tendered to JPMorgan. Therefore, the Plan fails to comply with § 1322 (b)(5) and § 1325.

Based on the foregoing, JPMorgan respectfully requests that the Court deny confirmation on the Debtor's Chapter 13 Plan or order that the Chapter 13 Plan be amended to provide for full payment of JPMorgan's pre-petition arrearages.

DATED: September 29, 2015

Respectfully Submitted,
MALCOLM ♦ CISNEROS, A Law Corporation

/s/Brandye Foreman
Brandye Foreman,
Attorneys for JPMorgan Chase Bank, N.A.

# PROOF OF SERVICE

STATE OF CALIFORNIA

ss.

COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action; my business address is: 2112 Business Center Drive, Second Floor, Irvine, CA 92612.

On September 29, 2015, I served the following document described as OBJECTION TO CONFIMATION OF CHAPTER 13 PLAN on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Irvine, California (and via telecopy or overnight mail where indicated), addressed as follows:

**DEBTOR**
Anita B. Carr
11801 Bloomington Way
Dublin, CA 94568

**DEBTORS' ATTORNEY**
Pro Se

**CHAPTER 13 TRUSTEE**
Martha G. Bronitsky
P.O. Box 5004
Hayward, CA 94540

I declare under penalty of perjury that the foregoing is true and correct.
Executed on September 29, 2015 at Irvine, California.

/s/Lorena Farias
Lorena Farias