The following constitutes the order of the court.
Signed December 10, 2015

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re                             |
                                  | No. 15-42212
Anita Carr,                       |
                                  | Chapter 13
          Debtor.                 |

**MEMORANDUM ON DEBTOR'S REQUEST FOR COPY OF TRANSCRIPT**

The above-captioned chapter 13 case was filed on July 15, 2015 (Doc. 1). On November 25, 2015, Debtor filed her *Request For Copy of Transcript From Confirmation Hearing On November 12, 2015* (doc. 55). Debtor indicated that she did not see the transcript on the docket and requested a copy. Transcript requests, however, are not something the Court can provide for Debtor. For further information, visit the bankruptcy court's website at www.canb.uscourts.gov/forms/district under the "CD/Tape & Transcript Order Form & Instructions" tab.

*END OF MEMORANDUM*

1

**COURT SERVICE LIST**

**Anita B Carr**
11801 Bloomington Way
Dublin, CA 94568