

The following constitutes the order of the court.
Signed December 10, 2015

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

|  |  |
|---|---|
| In re<br><br>Anita Carr,<br><br>   Debtor. | No. 15-42212<br><br>Chapter 13 |

**MEMORANDUM ON DEBTOR'S REQUEST FOR FEE WAIVER**

The above-captioned chapter 13 case was filed on July 15, 2015 (Doc. 1). On November 30, 2015, Debtor filed her *Motion to Allow Debtor to Proceed Forma Pauperis For An Appeal From Bankruptcy* (doc. 56). Debtor requested a fee waiver to proceed with her appeal. The Court cannot grant a fee waiver on behalf of an appellate court, however. Debtor must request the fee waiver from the appellate court.

*END OF MEMORANDUM*

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | |
| 3 | **Anita B Carr**<br>11801 Bloomington Way |
| 4 | Dublin, CA 94568 |
| 5 | |
...

2