

The following constitutes the order of the court.
Signed December 25, 2015

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

|  |  |
|---|---|
| In re <br> Anita Carr, <br><br> Debtor. | No. 15-42212 <br><br> Chapter 13 |

**MEMORANDUM ON DEBTOR'S OBJECTION TO CERTAIN FILED CLAIMS**

The above-captioned chapter 13 case was filed on July 15, 2015 (Doc. 1). On November 25, 2015, Debtor filed her *Debtor's Objection to Certain Filed Claims* (doc. 54) (the "Objection"). Debtor objected to claim #7, filed by U.S. Bank. The Court will not adjudicate the Objection for three reasons.

First, the Objection was not properly served on Creditor U.S. Bank.

Second, the Objection does not comply with the requirements of Bankruptcy Local Rule 3007-1, which says that the objection to a claim must include a copy of the claim (without attachments or exhibits).

Third, and most importantly, the case was dismissed on
November 18, 2015 (doc. 50).

**\*END OF MEMORANDUM\***

| | |
|---|---|
| 1 | |
| 2 | **COURT SERVICE LIST** |
| 3 | |
| 4 | **Anita B Carr** |
| | 11801 Bloomington Way |
| 5 | Dublin, CA 94568 |
| 6 | |
3